IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY ANDREWS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-00684-WKW-SRW |
| | ) |
| **CITY OF HARTFORD,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant the City of Hartford moves to dismiss the Complaint (Doc. 1) in its entirety for failure to state a claim upon which relief can be granted.

 

**s/ James H. Pike**
James H. Pike  (ASB-5168-P63J)
Attorney for Defendant
The City of Hartford

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama  36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
Email: jpike@scplaw.us

**CERTIFICATE OF SERVICE**

  I, James H. Pike, certify that on November 3, 2015, I electronically served this document, via the CM/ECF system, upon:

Letta Dillard Gorman
P.O. Box 983
Geneva, Alabama  36340

             **s/ James H. Pike**
             James H. Pike