EEOC Form 5 (11/09)

|  | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 425-2015-00800 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Timothy Andrews | (334) 360-0604 | ▓▓ 1971 |

| Street Address | City, State and ZIP Code |
|---|---|
| ▓▓▓▓▓▓ | Geneva, AL 36340 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF HARTFORD - HARTFORD FIRE AND RESCUE | 15 - 100 | (334) 588-0906 |

| Street Address | City, State and ZIP Code |
|---|---|
| 503 South 3rd Avenue, Hartford, AL 36344 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-15-2015   Latest: 02-03-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have a disability. I have worked for Respondent since September 2009 as a Paramedic. On February 3, 2015, Andy Hovey (Fire Chief) terminated my employment. I believe I was terminated because of my disability.

On February 3, 2015, Hovey informed me that I was terminated because on January 26, 2015, as the senior attendant on a call to the Police Department, I failed to take control.

I believe I was discriminated against in violation of Title I of the Americans with Disabilities Act Amendments Act of 2008.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06/16/2015    *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

*Stamp: JUN 18 2015 RECEIVED*