**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **TIMOTHY ANDREWS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:15-cv-00684-SRW |
| | ) |
| **CITY OF HARTFORD,** | ) UNOPPOSED |
| | ) |
| **Defendant.** | ) |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, Timothy Andrews, by and through his attorney of record, Letta Dillard Gorman, and objects to the Motion to Dismiss filed by the Defendant and provides the following in support thereof:

1. That Mr. Andrews properly and timely exhausted the administrative remedies available to him before the fling of this instant action, including notice to the Chief, the Mayor, the City Council, and EEOC.

2. That pursuant to the ADA, as a qualified employee with a disability, Mr. Andrews was denied reasonable accommodations and corrective action for harassment and bullying in the workplace by the City of Hartford, a covered entity.

3. That Mr. Andrews was retaliated against and was unlawfully terminated because of his disability under the pretext that he did not take control on an emergency run, despite the fact that the driver-partner had a history of harassment of Mr. Andrews and ignored his orders.

4. That Mr. Andrews has stated properly filed claims under Title I of the ADA for which relief can be granted. Under some circumstances, an intake questionnaire may constitute

a charge of discrimination with the EEOC if it contains, as required by EEOC regulations, ―an allegation and the name of the charged party,‖ and can be ―reasonably construed as a request for the agency to take remedial action to protect the employee's rights or otherwise settle a dispute between the employer and employee.‖ *Fed. Expr. Corp. v. Holowecki*, 552 U.S. 389, 402 (2008).

WHEREFORE THESE PREMISES CONSIDERED, Mr. Andrews requests this Honorable Court DENY the Defendant's motion to dismiss this action for failure to state a claim.

Respectfully submitted on this the 30th day of November 2015.

/s/ Letta Dillard Gorman

Letta Dillard Gorman (GOR026)

Law Office of Letta Dillard Gorman

P.O. Box 983

Geneva, AL 36340

334-258-9148

lgorman1109@gmail.com

## CERTIFICATE OF SERVICE

I, Letta Dillard Gorman, certify that on November 30, 2015, I electronically served this document, via the CM/ECF system, upon: Honorable James H. Pike, P.O. Box 6346, Dothan, Alabama 36302.

/s/ Letta Dillard Gorman

Letta Dillard Gorman (GOR026)