## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY ANDREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-00684-SRW |
| | ) |
| CITY OF HARTFORD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that TIMOTHY ANDREWS, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on August 3, 2016.

Date: August 13, 2016

*Letta Dillard Gorman*
Letta Dillard Gorman (9221N51L)
Law Office of Letta Dillard Gorman
708 W. Maple Street
P.O. Box 983
Geneva, AL 36340
334-258-9148
lgorman1109@gmail.com